KYO&AZ/USAO#2022R00258

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. SAG-23-0186 |
| v. | * | |
| | * | (Conspiracy to Murder a Witness (Retaliation), 18 U.S.C. § 1513(f); Witness Retaliation Murder, 18 U.S.C. § 1513(a)(1)(B); Conspiracy to Murder a Witness (Tampering), 18 U.S.C. § 1512(k); Witness Tampering Murder, 18 U.S.C. § 1512(a)(1)(A); Murder for Hire Conspiracy, 18 U.S.C. § 1958(a); Aiding & Abetting, 18 U.S.C. §2) |
| MATTHEW HIGHTOWER, | * | |
| | * | |
| Defendant | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*

## INDICTMENT

The Grand Jury for the District of Maryland charges that:

### COUNT ONE
(Conspiracy to Murder a Witness (Retaliation))

On a date prior to May 27, 2016, the actual date being unknown to the Grand Jury, continuing through on or about May 27, 2016, in the District of Maryland, the defendant,

**MATTHEW HIGHTOWER,**

did knowingly, willfully and unlawfully conspire and agree with others known and unknown to the Grand Jury to commit any offense under Title 18, Section 1513; to wit, to kill a person with intent to retaliate against that person for providing to a law enforcement officer information relating to the commission and possible commission of a Federal offense.

18 U.S.C. §§ 1513(f) and (a)(1)(B)

## COUNT TWO
(Witness Retaliation Murder)

The Grand Jury for the District of Maryland further charges that:

On or about May 27, 2016, in the District of Maryland, the defendant,

**MATTHEW HIGHTOWER,**

with malice aforethought, did unlawfully kill, and aid and abet the killing of Latrina Ashburne, willfully, deliberately, maliciously and with premeditation, by gunshot, and did so with intent to retaliate against a witness for providing to a law enforcement officer information relating to the commission and possible commission of a Federal offense.

18 U.S.C. § 1513(a)(1)(B)
18 U.S.C. § 2

## COUNT THREE
(Conspiracy to Murder a Witness (Tampering))

The Grand Jury for the District of Maryland further charges that:

On a date prior to May 27, 2016, the actual date being unknown to the Grand Jury, continuing through on or about May 27, 2016, in the District of Maryland, the defendant,

**MATTHEW HIGHTOWER,**

did knowingly, willfully and unlawfully conspire and agree with others known and unknown to the Grand Jury to commit any offense under Title 18, Section 1512; to wit, to kill a person with intent to prevent the attendance and testimony of a person in an official proceeding.

18 U.S.C. §§ 1512(k) and (a)(1)(A)

## COUNT FOUR
(Witness Tampering Murder)

The Grand Jury for the District of Maryland further charges that:

On or about May 27, 2016, in the District of Maryland, the defendant,

**MATTHEW HIGHTOWER,**

with malice aforethought, did unlawfully kill, and aid and abet the killing of, Latrina Ashburne, willfully, deliberately, maliciously and with premeditation, by gunshot, and did so with intent to prevent the attendance and testimony of a person in an official proceeding.

18 U.S.C. § 1512(a)(1)(A)
18 U.S.C. § 2

## COUNT FIVE
(Murder for Hire Conspiracy)

The Grand Jury for the District of Maryland further charges that:

On a date prior to May 27, 2016, the actual date unknown to the Grand Jury, continuing through, on or about May 27, 2016, in the District of Maryland, the defendant,

**MATTHEW HIGHTOWER,**

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to use and cause another to use a facility of interstate commerce with intent that a murder be committed in violation of the laws of any State or the United States as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value, which offense resulted in the death of Latrina Ashburne.

18 U.S.C. § 1958(a)
18 U.S.C. § 2

_____
Erek L. Barron
United States Attorney

A True Bill:

**SIGNATURE REDACTED**

_____
Foreman

Date: 5/18/23