UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW HIGHTOWER,<br><br><br>Defendant. | CRIMINAL NO.    SAG-23-0186 |

### ORDER

Upon consideration of the Consent Motion to Exclude Time Pursuant to the Speedy Trial Act, the Court finds that, pursuant to 18 U.S.C. § 3161(h), the interests of justice will be served by continuing the trial date beyond the speedy trial date, and that the ends of justice served by such continuance outweigh the interests of the public and the defendant in a speedy trial, and it is hereby,

ORDERED that the requested motion is GRANTED; and it is further ORDERED that for the reasons set forth in the government's motion, all time between July 10, 2023 and November 10, 2023, shall be excluded from the computation of time within which trial must commence in this matter pursuant to 18 U.S.C. §3161(h)(7) of the Speedy Trial Act.

July 28, 2023                                           /s/
Date                                                           The Honorable Stephanie A. Gallagher
                                                                    United States District Judge