**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **CRIMINAL NO.: SAG 23-0186** |
| **MATTHEW HIGHTOWER,** | * | |
| Defendant. | | |

\* \* \*

## MOTION TO FILE DOCUMENTS UNDER SEAL

The defendant, Matthew Hightower, by and through undersigned counsel, hereby seeks this Court's permission to file under seal an Ex Parte Motion for Issuance of Subpoena *Duces Tecum* For Pretrial Production of Records Pursuant to Fed. R. Crim. Proc. 17(c). The motion, order, and subpoena contain sensitive privileged requests that should be sealed from public view until further order of this Court.

WHEREFORE, the Defendant respectfully requests that this Court grant Defendant's Motion to File Documents Under Seal so that the Proposed Sealed Documents may be filed under seal.

Respectfully Submitted,

_____/s/_____
Teresa Whalen, Bar No. 25245
Law Office of Teresa Whalen
801 Wayne Avenue, Suite 400
Silver Spring, Maryland 20910
(301) 728-2905