

U.S. Department of Justice

*United States Attorney*
*District of Maryland*

*Kim Y. Hagan*
*Assistant United States Attorney*
*Kim.Hagan@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4944*
*MAIN: 410-209-4800*
*FAX: 410-962-0717*

August 8, 2023

The Honorable Stephanie A. Gallagher
United States District Judge
101 W. Lombard Street
Baltimore, MD 21201

        Re: <u>United States v. Matthew Hightower</u>
        Crim. No. SAG-23-186

Dear Judge Gallagher:

    We hereby notify the Court and defense counsel that we have been authorized and directed by the Attorney General not to seek the death penalty on any counts in the Indictment.

        Respectfully Submitted,

        Erek L. Barron
        United States Attorney

        _____/s/_____
        Kim Y. Hagan
        Aaron S.J. Zelinsky
        Assistant United States Attorneys