**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780**<br>**MDD_SAGchambers@mdd.uscourts.gov** |

February 15, 2024

LETTER ORDER

    Re:  <u>U.S.A. v. Matthew Hightower</u>
          Criminal Case No. SAG-23-0186

Dear Counsel,

This will confirm that a Motions Hearing has been scheduled for **September 27, 2024, at 10:00 a.m.** in courtroom 7C. The following briefing schedule has been set:

    Defense motions due:        July 19, 2024

    Government response due:   August 19, 2024

    Defense reply due:          September 3, 2024

Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                                  Sincerely yours,

                                                  /s/

                                                  Stephanie A. Gallagher
                                                  United States District Judge