# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| v. | * | No. SAG-23-cr-186-1 |
| MATTHEW HIGHTOWER | * | |
| Defendant | * | |

\* \* \* \* \*

## ORDER

This matter has been assigned to me for an Attorney Inquiry Hearing. It is hereby ORDERED that a hearing is scheduled for **Friday, June 21, 2024 at 10:00 a.m.** in Courtroom 7B. Counsel for both parties are to be present. The government is requested to ensure Defendant's presence.

June 4, 2024

_____
Adam B. Abelson
United States Magistrate Judge