IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | No. 23-cr-0186-SAG |
| MATTHEW HIGHTOWER | * | |

\* \* \* \* \*

**ORDER**

Upon consideration of Defendant's "Motion for Self-Representation" (ECF No. 31), and for the reasons stated on the record at the June 21, 2024 hearing, it is ORDERED that the motion is GRANTED. Mr. Hightower's court-appointed counsel, Theresa Whalen and Daniel Goldman, are hereby discharged from their representation of Mr. Hightower, but shall remain as standby counsel.

June 28, 2024

Adam B. Abelson
United States Magistrate Judge