**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780**<br>**MDD_SAGchambers@mdd.uscourts.gov** |

July 3, 2024

LETTER ORDER

     Re:  <u>U.S.A. v. Matthew Hightower</u>
           Criminal Case No. SAG-23-0186

Dear Counsel,

     A Status and Scheduling Conference has been scheduled for **August 23, 2024, at 11:30 a.m.** in courtroom 7C. Prior to this date, the government shall provide a written update on the status of discovery and the anticipated length of the trial.

     Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                                Sincerely yours,

                                               /s/

                                             Stephanie A. Gallagher
                                             United States District Judge

cc:    Matthew Hightower #40293-037
        Chesapeake Detention Facility
        401 E Madison Street
        Baltimore, MD 21202