**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780**<br>MDD_SAGchambers@mdd.uscourts.gov |

July 16, 2024

LETTER ORDER

    Re: U.S.A. v. Matthew Hightower
          Criminal Case No. SAG-23-0186

Dear Counsel,

    This is to advise that the Motions Hearing scheduled for September 27, 2024, has been RESCHEDULED **to September 26, 2024 at 10:00 a.m.** in courtroom 7C. The deadlines for motions briefing shall remain as previously set:

    Defense motions due:        July 19, 2024

    Government response due:    August 19, 2024

    Defense reply due:          September 3, 2024

    Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                                Sincerely yours,

                                                /s/

                                                Stephanie A. Gallagher
                                                United States District Judge