**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780**<br>MDD_SAGchambers@mdd.uscourts.gov |

August 27, 2024

LETTER ORDER

    Re:  <u>U.S.A. v. Matthew Hightower</u>
         Criminal Case No. SAG-23-0186

Dear Counsel,

    This is to confirm the results of the August 23, 2024, status conference. The motions hearing scheduled for September 26, 2024, is cancelled, and the following schedule is entered to govern the course of further proceedings in this case:

| | |
|---|---|
| October 31, 2024 | Defense motions due |
| November 29, 2024 | Government's response |
| January 7, 2025 | Defense reply |
| April 3, 2025 at 10:00 a.m. | Motions Hearing |
| April 21, 2025 | Joint voir dire, proposed verdict sheet, the government's jury instructions with a copy e-mailed to MDD_SAGchambers@mdd.uscourts.gov) and any motions in limine |
| May 30, 2025 at 9:30 a.m. | Pretrial Conference |
| June 16, 2025 at 9:30 a.m. | Four-week Jury Trial |

    Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                       Sincerely yours,

                                       /s/

                                       Stephanie A. Gallagher
                                       United States District Judge