IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| *Plaintiff* | * | |
| v. | * | No. 23-cr-0186-SAG |
| MATTHEW HIGHTOWER, | * | |
| *Defendant* | * | |

\* \* \* \* \*

## ORDER

It is hereby ORDERED that in light of the Court's closure on January 9, 2025 in remembrance of President Carter, the attorney inquiry hearing previously scheduled for that date is rescheduled for **Friday, January 10, 2025 at 11:00 a.m. in Courtroom 7D**. Counsel for both parties are to be present. The government is requested to ensure Defendant's presence.


January 2, 2024                                   _____/s/_____
                                                  Adam B. Abelson
                                                  United States District Judge