## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **CRIMINAL NO.: SAG 23-186** |
| **MATTHEW HIGHTOWER,** | * | |
| Defendant. | | |
| * * * | | |

### CONSENT MOTION FOR ADDITIONAL TIME TO FILE DEFENSE MOTIONS

Comes now Matthew Hightower, by and through undersigned counsel, and requests additional time to prepare, review, and file defense motions. In support of this motion Mr. Hightower states:

1. Mr. Hightower is charged with Conspiracy to Murder a Witness, in violation of 18 U.S.C. § 1513(f) and (a)(1)(B), and Witness Retaliation Murder, in violation of 18 U.S.C. § 1513 (a)(1)(B) and 18 U.S.C. § 2.

2. This Court initially set July 19, 2024, for the defendant's motions to be filed. *ECF 28.* A hearing on the motions is scheduled for April 3, 2025, and a trial date is set for June 16, 2025. The motions filing deadline has been reset from earlier dates to January 15, 2025.

3. On January 10, 2025, Mr. Hightower made the decision to allow undersigned counsel to represent him rather than proceeding *pro* se. He continues to review discovery and prepare motions.

3. Mr. Hightower requests additional time to review motions prepared by then-standby counsel and to finalize the drafted motions. He requests that the deadline be extended to February 12, 2025. Assistant United States Attorney Kim Hagan has advised undersigned counsel the government consents to this request. We would request the

government's response to motions be filed on March 12, 2025, and any reply to be filed on March 21, 2025.

WHEREFORE, it is respectfully requested that this Honorable Court extend the deadline for filing defense motions and the deadline for the government's responses and defense replies to be filed. A proposed order is attached.

                Respectfully submitted,

/s/ Daniel H. Goldman
Daniel Goldman, Esquire
Maryland Bar No.: 2202010033
The Law Office of Daniel Goldman
421 King Street, Suite 505
Alexandria, Virginia 22314
(202) 677-5709
dan@dangoldmanlaw.com

Teresa Whalen, Esquire
Federal Bar No.: 25245
801 Wayne Avenue, Suite 400
Silver Spring, Maryland 20910
(301) 588-1980; (301) 728-2905

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January, 2025, a true and accurate copy of the foregoing document and any attachments thereto was served via email on all counsel of record.

                /s/ Daniel H. Goldman
                Daniel H. Goldman