# Criminal Case Initiation Form

Reset Form

| | | | |
|---|---|---|---|
| Assigned AUSA: | Oldham | Co-Counsel: | Zelinsky |

## USAO Overview

| | | | |
|---|---|---|---|
| Caption: | U.S. v. Matthew Hightower | Date Received: | Apr 19, 2022 |
| Branch: | BALTIMORE | Unit: | |

Primary Program Category: All Other Violent Crime (093)   [Add Another Program Category]

Investigative Charge (ONLY ONE CAN BE ENTERED): Murder for Hire

Litigating Responsibility: Case Handled Exclusively by U.S. Attorneys Office (US)



## Defendant(s)

Type: ☒ Individual ☐ Business    Role: Defendant (D)

| | | | | | |
|---|---|---|---|---|---|
| Last Name: | Hightower | First Name: | Matthew | Citizenship: | C - United States Citizen |
| Country: | | Also Known As (AKA): | Fats | Gender: | Male |
| DOB: | [REDACTED] | SSN: [REDACTED] | Alien No.: | | Arrest Date: |
| FBI No.: | | Street | [REDACTED] | | |
| City: | Baltimore | State: | MD | Zip Code: | 21209 |

**EMPLOYMENT INFORMATION:**

| | | | |
|---|---|---|---|
| Job Position: | | Job Title: | |
| Company Name: | | Office Address: | |
| City: | State: | Zip Code: | |

Add Another Defendant

☐ Check this box to enter INDIAN COUNTRY case data, if applicable
☐ Check this box if there is a RELATED case

| AUTHORIZING SUPERVISORY AUSA SIGNATURE | *Judson T Mihok* | Digitally signed by JUDSON MIHOK Date: 2022.04.20 08:50:50 -04'00' | Greenbelt Submit |
|---|---|---|---|
| | | | Baltimore Submit |

FEBRUARY 28, 2022