**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780**<br>**Fax (410) 962-1812**<br>**MDD_SAGchambers@mdd.uscourts.gov** |

April 4, 2025

<u>LETTER ORDER</u>

      Re:  <u>United States v. Matthew Hightower</u>
           Criminal Case No. SAG-23-186

Dear Counsel:

      For the reasons stated on the record at yesterday's hearing, it is ordered that ECF 71 and ECF 73 are DENIED and ECF 74 is DENIED without prejudice.

      Despite the informal nature of this letter, it is an Order of the Court and should be docketed accordingly.

                                          Sincerely yours,

                                          /s/

                                          Stephanie A. Gallagher
                                          United States District Judge