**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780**<br>**Fax (410) 962-1812**<br>**MDD_SAGchambers@mdd.uscourts.gov** |

May 12, 2025

LETTER ORDER

      Re:  United States v. Matthew Hightower
            Criminal Case No. SAG-23-186

Dear Counsel:

      This Court is aware that the Department of Justice's Capital Case Unit re-opened capital review in this case and held a meeting in Washington, D.C. on April 14, 2025.

      Should the government intend to attempt to contravene its representation of August 8, 2023 that it does not intend to seek the death penalty in this case, ECF 14, it must file the notice required by 18 U.S.C. § 3593(a) no later than Friday, May 16, 2025 at noon. The setting of this deadline does not suggest or imply that the Court believes any such change in position would be legally permissible or timely. The deadline is intended only to permit this issue to be litigated (potentially under an expedited briefing schedule) before the fixed trial date of June 16, 2025. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *United States v. Moussaoui*, 483 F.3d 220, 236 (4th Cir. 2007).

      Despite the informal nature of this letter, it is an Order of the Court and should be docketed accordingly.

                                                  Sincerely yours,

                                                    /s/

                                                    Stephanie A. Gallagher
                                                    United States District Judge