

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| *Kim Y. Hagan* | *Suite 400* | DIRECT: 410-209-4944 |
| *Assistant United States Attorney* | *36 S. Charles Street* | MAIN: 410-209-4800 |
| Kim.Hagan@usdoj.gov | *Baltimore, MD 21201-3119* | FAX: 410-962-0717 |

June 3, 2025

Honorable Stephanie A. Gallagher
United States District Judge
District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

          Re:    *United States v. Matthew Hightower*, SAG-23-0186

Dear Judge Gallagher:

      We write on behalf of the government in response to the Court's letter to counsel (ECF 114) regarding Mr. Hightower's Motion for Competency Evaluation filed on June 2, 2025. (ECF No. 111). The government maintains that the defendant has not met the standard of showing reasonable cause to believe that he may presently be suffering from a mental disease or defect rendering him incompetent to stand trial. However, the government does not object to the court's proposal to order a competency evaluation to be conducted on Friday, June 6 or Tuesday, June 10.

                                            Respectfully,

                                            Kelly O. Hayes
                                            United States Attorney

                                            _____/S/_____
                                            Kim Y. Hagan
                                            Paul E. Budlow
                                            Assistant United States Attorneys