# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: SAG 23-186 |
| | ) | |
| MATTHEW HIGHTOWER, | ) | |
| | ) | |
| Defendant. | ) | |

## **DEFENDANT'S WITHDRAWAL OF MOTION FOR COMPETENCY EVALUATION**

Matthew Hightower, by undersigned counsel, respectfully withdraws its previously filed Motion for a Competency Evaluation pursuant to 18 U.S.C. § 4241 (ECF 111) and asserts the following in support of this Motion:

1. Mr. Hightower faces prosecution for five felonies charging his involvement in a conspiracy to murder a federal witness. He faces mandatory life imprisonment if convicted.[1]

2. In the Motion, undersigned counsel asserted that the attorney client relationship had recently deteriorated such that Mr. Hightower was unable to assist in his defense. In addition, counsel had observed thinking that was not based in reality that gave rise to reasonable cause to believe that Mr. Hightower may be suffering from a mental disease or defect that will prevent him from assisting in his defense or meaningfully appreciate the nature and consequences of the proceedings. At the time of filing the motion at ECF 111, these statements were true and correct,

---

[1] Mr. Hightower originally faced the possibility of a death sentence, but the Government has now twice advised it will not seek his death.

and gave counsel great concern for Mr. Hightower's well-being and ability to assist counsel in this defense at trial.

3. In the past several weeks, while preparing for trial on a case in which the penalty is mandatory life sentences, Mr. Hightower has undergone extreme stress caused by the government's possible reversal of a decision to not seek the death penalty in addition to considerations relating to plea negotiations. During this time, he exhibited conduct that counsel interpreted as an inability to assist in his defense at trial and that caused counsel to believe a competency evaluation was needed.

4. Counsel has filed under seal a detailed explanation for the cause and symptoms of these stressors and for the belief that a competency evaluation was needed. In addition, counsel have detailed under seal the reasons that such evaluation in no longer necessary for Mr. Hightower to make decisions relating to his case.

5. Mr. Hightower has signed a plea agreement with the United States. Mr. Hightower moves to withdraw his request filed by counsel for a competency evaluation. The stressors that caused counsel to believe he was unable to assist in his defense at trial and that he was suffering from a mental disease or defect are no longer concerns for Mr. Hightower to make decisions about the resolution of his case.

WHEREFORE, Matthew Hightower, by undersigned counsel, respectfully moves this Honorable Court to withdraw his motion for a competency evaluation.

Respectfully submitted,
Matthew Hightower, *by counsel*

/s/
Daniel H. Goldman, Bar No. 2202010033
The Law Office of Daniel Goldman, PLLC
421 King Street, Suite 505

Alexandria, Virginia 22314  
(202) 677-5709 – Phone

Teresa Whalen, Bar No. 25245  
The Law Office of Teresa Whalen  
801 Wayne Avenue, Suite 400  
Silver Spring, Maryland 20910  
MD Bar # 25245  
(301) 728-2905 (Phone)

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 3rd day of June 2025, I will electronically file the foregoing Motion with the Clerk of Court using the CM/ECF system, which will provide service to all parties.

_____/s/_____

Teresa Whalen, Bar No. 25245  
The Law Office of Teresa Whalen  
801 Wayne Avenue, Suite 400  
Silver Spring, Maryland 20910  
MD Bar # 25245  
(301) 728-2905 (Phone)