IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW HIGHTOWER, | CASE NO:   SAG-23-186 |

ORDER OF DISMISSAL

The Government's request for leave to dismiss without prejudice the Superseding Information in the above-captioned case, is this _____ day of June 2025, hereby GRANTED.

_____
Honorable Stephanie A. Gallagher
United States District Judge